

**Department of Taxation and Finance**

Civil Enforcement Division – Bankruptcy Unit
PO Box 5300, Albany NY 12205

July 23, 2025

MARK W. SWIMELAR, TRUSTEE
250 SOUTH CLINTON STREET, #203
SYRACUSE, NY 13202-1866

Re:   James J. Mccabe
      Case number: 23-60301

To whom it may concern,

We have received the following payment(s) for the above referenced chapter 13 case:

| Payment Date | Payment Number | Payment Amount |
|---|---|---|
| 06-30-2025 | 306589 | $107.78 |

Payments and credits previously applied to the debtor's case have reduced the New York State Department of Taxation and Finance's claim balance to zero. We are returning the payment(s) listed above, since the debtor's claim liabilities have been fully satisfied. Please adjust your records accordingly and discontinue sending payments for the above referenced case number.

If you have any questions, please contact the Bankruptcy Unit at 518-457-3160.

Sincerely,

*M. Wolter*

Marla Wolter

Office Assistant III

Enclosure: REMT#0721250614101

CC: Bankruptcy Court Clerk

*RECEIVED & FILED JUL 31 2025 OFFICE OF THE BANKRUPTCY CLERK UTICA, NY*

RECEIVED & FILED
JUL 31 2025
OFFICE OF THE BANKRUPTCY COURT
UTICA, NY